1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )   No.      CV 11-1553-PHX-JAT (JFM)
                                           )            CR 07-0798-PHX-JAT
10              Plaintiff/Respondent,       )
                                           )   **ORDER**
11  vs.                                    )
                                           )
12                                         )
    Armando Ramirez-Valadez                )
13                                         )
                Defendant/Movant.          )
14                                         )
    _____ )

15

16        Pending before the Court is Movant's Motion to Vacate, Set Aside or Correct Sentence

17  pursuant to 28 U.S.C. § 2255 (Doc. 1).  The Magistrate Judge issued a Report and

    Recommendation ("R&R") (Doc. 6) recommending that the Motion be denied.
18
          Neither party has filed objections to the R&R.  Accordingly, the Court hereby accepts
19
    the R&R.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not
20
    required to conduct "any review at all . . . *of any issue* that is not the subject of an objection"
21
    (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en
22
    banc*) ("statute makes it clear that the district judge must review the magistrate judge's
23
    findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis
24
    in original));  *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).
25
          Accordingly,
26
          **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 6)
27
    is **ACCEPTED and ADOPTED**;
28

**IT IS FURTHER ORDERED** that Movant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 1) is **DENIED WITH PREJUDICE**; and the Clerk of the Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED**, consistent with the unobjected-to recommendation in the R&R, and in the event movant files an appeal, the Court denies issuance of a certificate of appealability because jurists of reason would not find the procedural rulings debatable and Movant has not made a substantial showing of the denial of a constitutional right on the remaining claims.

DATED this 12th day of April, 2012.

James A. Teilborg
United States District Judge